No. 323. FAIRCHESTER OIL CO., INC. *v.* FIRST NATIONAL BANK OF NEW ROCHELLE. October 9, 1944. Petition for

writ of certiorari to the Supreme Court of New York denied. *Mr. Wm. Dwight Whitney* for petitioner. *Mr. Warner Pyne* for respondent.